[No. 513-41638-3.    Division Three.    June 29, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM HENRY ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 4399, Lawrence Leahy, J., entered June 24, 1970. *Dismissed* by unpublished opinion per Munson, C.J., concurred in by Green and Evans, JJ.

[No. 368-3.    Division Three.    June 29, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD ALLEN NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Whitman County, No. C-1233, John A. Denoo, J., entered November 27, 1970. *Affirmed* by unpublished per curiam opinion.

[No. 484-3.    Division Three.    July 5, 1972.]

BENNY D. LOBE, *Respondent and Cross-appellant,* v. PRODUCE SUPPLY CO., INC., *Appellant.*

Appeal from a judgment of the Superior Court for Spoane County, No. 198455, Ralph P. Edgerton, J., entered May 28, 1971. *Affirmed in part and reversed in part* by unpublished opinion per Evans, J., concurred in by Munson, C.J., and Green, J.

[No. 302-2.    Division Two.    July 5, 1972.]

HARVEY H. SEDY, *Respondent,* v. BETTY MAE SEDY, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 16108, Robert A. Hannan, J., entered June 4, 1971. *Affirmed in part and remanded* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Armstrong, J.